**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**EDDIE E. BRILEY, JR.,
ADC #116921**                                                                                              **PLAINTIFF**

v.                           **CASE NO. 5:10cv00219 BSM/JTK**

**GERALD ROBERSON, et al**                                                                **DEFENDANTS**

**ORDER**

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Jerome T. Kearney have been received. There have been no objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claims of denial of legal materials [Doc. Nos. 1, 5] against defendants Tylor, E. Adams, and Cpl. Adams are DISMISSED.

2. Plaintiff's claims of excessive use of force [Doc. Nos. 1, 5] against defendants Tylor, E. Adams, Williams, and Roberts are DISMISSED.

3. All claims against defendant Robinson are DISMISSED.

Dated this 5th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE