# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**EDDIE E. BRILEY, JR.**
**ADC # 116921**                                              **PLAINTIFF**

**v.**                     **Case No. 5:10CV00219 BSM**

**GERALD ROBERSON, et al.**                              **DEFENDANTS**

## ORDER

Plaintiff Eddie E. Briley ("Briley") moves for reconsideration of the October 15, 2010 order adopting the partial report and recommendations of Magistrate Judge Jerome T. Kearney [Doc. No. 22] on the grounds that he never received the report and recommendations.  For cause shown, Briley's motion [Doc. No. 22] is GRANTED.

Briley shall have fourteen (14) days from the filing of this order to respond to the partial report and recommendations of the magistrate judge [Doc. No. 8].  At that time the recommendations of the magistrate will be reconsidered.

IT IS SO ORDERED this 3rd day of November, 2010.


_____
UNITED STATES DISTRICT JUDGE